ACCEPTED
04-15-00152-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/8/2015 12:44:06 AM
KEITH HOTTLE
CLERK

# No. 04-15-00152-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/8/2015 12:44:06 AM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTH DISTRICT OF TEXAS

## Mary Barrera, *appellant*

## v.

## HEB Grocery Company, LP, *appellee*

On Appeal from the 45th Judicial District Court
Bexar County, Texas

Tr. Ct. No. 2013-CI-14809

## NOTICE OF DESIGNATION OF ADDITIONAL

TO THE FOURTH OF APPEALS:

Appellant Mary Barrera files this notice of designation of David M. Medina, with THE MEDINA LAW FIRM, as additional counsel pursuant to Rule 6.1(c) of the Texas Rule of Appellate Procedure.

Respectfully submitted,

/s/ David M. Medina
David M. Medina, SBN 00000088
davidmedina@justicedavidmedina.com
THE MEDINA LAW FIRM
5300 Memorial Dr., Ste. 890
Houston, TX 77007

1

/s/Timothy A. Hootman
Timothy A. Hootman
SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548; 713.583.9523 (f)
thootman2000@yahoo.com

/s/Brian H. Crockett
Brian H. Crockett, SBN 24074094
10565 Katy Freeway, Ste 400
Houston, TX 77024
713.779.3476; 888.779.3237 (f)
brian@crockettlawtx.com

ATTORNEYS FOR APPELLANT, MARY BARRERA

# CERTIFICATE OF SERVICE

I hereby certify that, in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure, I have served the forgoing document upon the following attorneys by electronic service:

Wallace B. Jefferson
Anna M. Baker
ALEXANDER DUBOSE JEFFERSON & TOWNSEND, LLP
515 Congress Ave., Ste 2350
Austin, TX 78701

Dated: September 8, 2015.

/s/Timothy A. Hootman_____
Timothy A. Hootman